UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREAT LAKES TRANSPORTATION
HOLDING, LLC,

    Plaintiff,

v.

Case No. 25-cv-11073
Hon. Matthew F. Leitman

A ONE AIRPORT CARS L.L.C., *et al.*,

    Defendant or Respondent.
_____/

## **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

    This is a trademark dispute in which Plaintiff Great Lakes Transportation Holding, LLC, claims that Defendants A One Airport Cars L.L.C. d/b/a A-1 Airport Cars and Gurbachan Singh, among other things, infringed on its trademarks, committed acts of counterfeiting, and unfairly competed. (*See* Compl., ECF No. 1.) The parties twice stipulated to extend Defendants' time to respond to the Complaint. (*See* Stipulated Orders, ECF Nos. 10, 11.) The most recent stipulated order required Defendants to respond to the Complaint by June 20, 2025. Defendants did not respond. Accordingly, on June 26, 2025, the Court issued an order requiring Plaintiff to show cause why the case should not be dismissed for failure to prosecute. (*See* Order, ECF No. 12.) The order required Plaintiff to show cause by July 10,

2025. Plaintiff did not respond, nor did it request an extension of time to respond.

Accordingly, the action is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 14, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 14, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126